**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BRIAN DURR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:20-cv-53 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, a | § | |
| LIBERTY MUTUAL COMPANY, | § | |
| | § | |
| Defendant. | § | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Brian Durr, Plaintiff in the above-entitled and numbered cause, and files this it's List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

Brian Durr is the Plaintiff and financially interested in the outcome of this litigation.

Madison Tate Donaldson is Plaintiff's attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: ____/s/ Madison Tate Donaldson___
Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
J. Anthony Vessel
Tex. Bar No. 24084019

Fed. I.D. No. 1692384
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-8260
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
BRIAN DURR