**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRIAN DURR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20cv00053** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a LIBERTY MUTUAL COMPANY,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT SCHEDULING AND DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. **August 20, 2020** — **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT**

2. **September 10, 2020** — **PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FILE CROSS-MOTION FOR SUMMARY JUDGMENT**

3. **October 1, 2020** — **DEFENDANT TO FILE RESPONSE TO THE CROSS MOTION AND FILE REPLY IN SUPPORT OF ITS MOTION**

4. **October 22, 2020** — **PLAINTIFF TO FILE REPLY IN SUPPORT OF HIS MOTION**

Signed on ____________, 2020, at Houston, Texas.

______________________________
Lee H. Rosenthal
United States District Judge

March 20, 2020
Date

/s/ Marc S. Whitehead
Marc S. Whitehead
Counsel for Plaintiff

March 20, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant