**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Brian Durr

v. Case Number: 4:20−cv−00053

Liberty Life Assurance Company of
Boston

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/17/2020

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: March 24, 2020 David J. Bradley, Clerk