**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Brian Durr

v.

Case Number: 4:20−cv−00053

Liberty Life Assurance Company of Boston

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/19/2020

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: April 7, 2020

David J. Bradley, Clerk