**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Brian Durr

v.

Case Number: 4:20−cv−00053

Liberty Life Assurance Company of Boston

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by telephone
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/19/2020

**TIME:** 10:40 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: May 14, 2020

David J. Bradley, Clerk