United States District Court
Southern District of Texas
**ENTERED**
May 19, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BRIAN DURR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-53 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING AND**
**DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

| | | |
|---|---|---|
| 1. | August 20, 2020 | **DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT** |
| 2. | September 10, 2020 | **PLAINTIFF TO FILE RESPONSE AND CROSS-MOTION FOR SUMMARY JUDGMENT** |
| 3. | October 1, 2020 | **DEFENDANT TO FILE RESPONSE TO CROSS-MOTION AND REPLY IN SUPPORT OF ITS MOTION** |
| 4. | October 22, 2020 | **PLAINTIFF TO FILE REPLY IN SUPPORT OF HIS MOTION** |
| 5. | October 26, 2020 | **ORAL ARGUMENT**<br>Oral argument will be held at 9:00 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Street, Houston, Texas. |

6. Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on May 19, 2020, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge