**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BRIAN DURR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:20-cv-53 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a LIBERTY MUTUAL COMPANY, | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

Plaintiff Brian Durr announces to the Court that the matters in controversy herein have been settled. The parties anticipate filing a Stipulation for Dismissal with Prejudice and proposed Order with forty-five days.

RESPECTFULLY SUBMITTED July 27, 2020.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: /s/ Madison Tate Donaldson

Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-8260
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
BRIAN DURR

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

_/s/ Madison Tate Donaldson__
Madison Tate Donaldson